AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois ▼

| | |
|---|---|
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>JAY ROBERT "J.B." PRITZKER, in his official capacity as Governnor of the State of Illinois, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Brendan F. Kelly
Director of the Illinois State Police
801 South 7th Street
Suite 100-M
Springfield, Illinois 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MARK L. SHAW, JENNIFER C. NEUBAUER & MICHAEL A. DANFORTH
SHAW LAW LTD., 33 NORTH COUNTY STREET, SUITE 300, WAUKEGAN, IL 60085

C.D. MICHEL, SEAN BRADY, KONSTADINOS MOROS
MICHEL & ASSOCIATES, 180 OCEAN BLVD., SUITE 300, LONG BEACH, CA 90802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____01/24/2023_____        _____
                                                                *Signature of Clerk or Deputy Clerk*