IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FEDERAL FIREARMS LICENSEES OF )
ILLINOIS, ET AL.,              )
                               )   Case No. 3:23-cv-00215-NJR
                               )
                               )
         Plaintiffs,           )
                               )
vs.                            )
                               )
JAY ROBERT ("J.B.") PRITZKER, ET )
AL.,                           )
                               )

Defendants.

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Gun Owners of America makes the following disclosure:

1.  Is the party or intervenor making this disclosure a corporation?

    ☒ Yes     ☐ No

    a. If the answer to Number 1 is "yes," list below:

        i.  Any parent corporation of the party or intervenor or state that there is no such corporation:

            No such corporation

        ii. Any publicly held corporation that owns 10% or more of the party's or intervenor's stock or state that there is no such corporation:

            No

2. Is the jurisdiction of this action based on diversity under 28 U.S.C. § 1332(a)[1]?

☐ Yes     ☒ No

   a. If the answer to Number 2 is "yes," name and identify below the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor making this disclosure:

   n/a

DATED: January 27, 2023

*[signature]*
Signature

Jennifer C. Neubauer
Name

33 N. County Street, Suite 300
Waukegan, IL  60085
Address

847-244-4696
Phone Number

jcneubauer@shawlawltd.com
Email Address

---

[1] The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
  (1) citizens of different States;
  (2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;
  (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and
  (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.