IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FEDERAL FIREARMS LICENSEES OF ILLINOIS, GUNS SAVE LIFE, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, PIASA ARMORY, DEBRA CLARK, JASMINE YOUNG, and CHRIS MOORE,**<br><br>          **Plaintiffs,**<br><br>v.<br><br>**JAY ROBERT PRITZKER, KWAME RAOUL, and BRENDAN F. KELLY,**<br><br>          **Defendants.** | Case No. 3:23-CV-215-NJR |

## ORDER TRANSFERRING RELATED CASE

**ROSENSTENGEL, Chief Judge:**

On January 24, 2023, this case was filed in this District Court and randomly assigned to Senior District Judge J. Phil Gilbert. (Doc. 1). Judge Gilbert recused from the action on January 26, 2023, and the case was randomly reassigned to the undersigned Chief District Judge. (Doc. 16).

The action arises out of the same facts and is closely related to *Harrel, et al. v. Raoul, et al.*, Case No. 23-141-SPM, which was filed before this action and is assigned to District Judge Stephen P. McGlynn. The law of this Circuit provides that related cases filed within the same District Court should be handled by a single District Judge. *See, e.g., Smith v. Check-N-Go of Illinois*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services*, 181 F.3d 832, 839 (7th Cir. 1999). Accordingly, the undersigned Chief District Judge **TRANSFERS** this case to Judge McGlynn. All further pleadings filed herein shall be styled with the suffix -SPM.

IT IS SO ORDERED.

DATED:   January 30, 2023

                                                                                    _____
                                                                                    **NANCY J. ROSENSTENGEL**
                                                                                    **Chief U.S. District Judge**