IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL et al.,<br><br>    Defendants. | No. 3:23-cv-00209-SPM (lead case) |
| DANE HARREL et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL et al.,<br><br>    Defendants. | No. 3:23-cv-00141-SPM |
| JEREMY W. LANGLEY et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY et al.,<br><br>    Defendants. | No. 3:23-cv-00192-SPM |
| **FEDERAL FIREARMS LICENSEES OF ILLINOIS et al.,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**JAY ROBERT "J.B." PRITZKER et al.,**<br><br>    **Defendants.** | **No. 3:23-cv-00215-SPM** |

**STIPULATION TO VOLUNTARILY DISMISS CLAIMS OF
PLAINTIFF DEBRA CLARK PURSUANT TO RULE 41(a)(1)(A)(ii)**

The parties in *Federal Firearms Licensees of Illinois, et al. v. Pritzker, et al.*, No. 23-cv-215 (S.D. Ill.), hereby stipulate to voluntarily dismiss all claims of Plaintiff Debra Clark pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In support thereof, the parties state:

1. Plaintiffs Federal Firearms Licensees of Illinois, Guns Save Life, Gun Owners of America, Gun Owners Foundation, Piasa Armory, Debra Clark, Jasmine Young, and Chris Moore (collectively "*FFL* Plaintiffs") filed the *FFL* action against Defendants JB Pritzker, Kwame Raoul, and Brendan Kelly (collectively "Defendants") on January 24, 2023. (*FFL* Dkt. 1.)

2. On February 24, 2023, the Court consolidated the *FFL* action with three other actions under the lead case of *Barnett v. Raoul*, No. 23-cv-209 (S.D. Ill.), Dkt. 32.

3. *FFL* Plaintiffs filed an amended complaint on November 2, 2023. (*FFL* Dkt. 55.) Pursuant to the Court's order, the deadline to complete fact discovery was July 15, 2024. (*Barnett* Dkt. 195.)

4. Plaintiff Debra Clark now seeks to voluntarily dismiss all her claims in these actions pursuant to Rule 41(a)(1)(A)(ii).

5. The Parties stipulate and agree that all existing remaining claims of Plaintiff Debra Clark in these actions are hereby dismissed with prejudice, with each side to bear their own costs.


DATED: August 26, 2024

ACKNOWLEDGED AND AGREED BY:

/s/ Sean A. Brady
Sean A. Brady
Michel & Associates, P.C.
180 East Ocean Boulevard, Suite 200
Long Beach, CA 90802
(562) 216-4444
sbrady@michellawyers.com
*Counsel for* FFL *Plaintiffs*

/s/ Kathryn Hunt Muse
Kathryn Hunt Muse
Office of the Attorney General

115 South LaSalle Street
Chicago, IL 60603
(312) 814-3000
Kathryn.Muse@ilag.gov
*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, an electronic PDF of **STIPULATION TO VOLUNTARILY DISMISS CLAIMS OF PLAINTIFF DEBRA CLARK PURSUANT TO RULE 41(a)(1)(A)(ii)** was sent by electronic mail to the following registered attorneys participating in the case:

*Counsel for State Defendants Attorney General Kwame Raoul, Governor J.B. Pritzker, and ISP Director Brendan Kelly*

Christopher G. Wells
christopher.wells@ilag.gov
Darren Kinkead
darren.kinkead@ilag.gov
Kathryn Muse
kathryn.muse@ilag.gov
Laura K. Bautista
laura.bautista@ilag.gov
John Hazinski
john.hazinski@ilag.gov
Michael M. Tresnowski
michael.tresnowski@ilag.gov
Stefanie Krajewski
stefanie.krajewski@ilag.gov
Gretchen E. Helfrich
gretchen.helfrich@ilag.gov
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603

*Counsel for Barnett Plaintiffs*

Paul D. Clement
paul.clement@clementmurphy.com
Erin E. Murphy
erin.murphy@clementmurphy.com
Matthew D. Rowen
matthew.rowen@clementmurphy.com
Nicholas M. Gallagher
nicholas.gallagher@clementmurphy.com
Nicholas Aquart
nicholas.aquart@clementmurphy.com

Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
Gary C. Pinter
gpinter@smbtrials.com
Swanson, Martin & Bell, LLP
103 W. Vandalia Street, Suite 215
Edwardsville, IL 62025

Andrew A. Lothson
alothson@smbtrials.com
James Vogts
jvogts@smbtrials.com
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

*Counsel for Harrel Plaintiffs*

David G. Sigale
dsigale@sigalelaw.com
Law Firm of David G. Sigale, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148

David H. Thompson
dthompson@cooperkirk.com
Peter A. Patterson
ppatterson@cooperkirk.com
William V. Bergstrom
wbergstrom@cooperkirk.com
Cooper & Kirk
1523 New Hampshire Avenue, NW
Washington, D.C. 20036

*Counsel for Langley Plaintiffs*

Thomas G. Maag
tmaag@maaglaw.com
Peter J. Maag
lawmaag@gmail.com
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

*Counsel for Defendant Cole Shaner, in his official capacity as State's Attorney for Crawford County, Illinois*

Keith B. Hill
khill@heylroyster.com
edwecf@heylroyster.com
Ann C. Barron
abarron@heylroyster.com
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia, Suite 100, Mark Twain Plaza III
Edwardsville, IL 62025 0467

*Counsel for Randolph County Defendants*

James E. Godfrey, Jr.
jgodfrey@evans-dixon.com
Kerry B. Banahan
kbanahan@evans-dixon.com
Katherine F. Asfour
kasfour@evans-dixon.com
Beth Pani
bpani@evans-dixon.com
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102

*Counsel for Defendants, James Gomric, in his official capacity as State's Attorney of St. Clair County, Illinois and Richard Watson, in his official capacity as Sheriff of St. Clair County, Illinois*

Thomas R. Ysursa
try@bhylaw.com
BECKER, HOERNER, & YSURSA, P.C.
5111 West Main Street
Belleville, IL 62226


Dated: August 26, 2024                    *s/ Laura Palmerin*
                                          Laura Palmerin