IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, an Illinois not-for-profit corporation, GUNS SAVE LIFE, an Illinois not-for-profit corporation, GUN OWNERS OF AMERICA, a California non-stock corporation and not-for-profit membership organization, GUN OWNERS FOUNDATION, a Virginia non-stock corporation and a not-for-profit legal defense and educational foundation, PIASA ARMORY, a Missouri corporation, JASMINE YOUNG, a resident of Madison County, Illinois, and CHRIS MOORE, a resident of Hardin County, Illinois,<br><br>    Plaintiffs,<br><br>v.<br><br>JAY ROBERT "J.B." PRITZKER, in his official capacity as Governor of the State of Illinois, KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, and BRENDAN KELLY, in his official capacity as Director of the Illinois State Police,<br><br>    Defendants. | Case No. 3:23-cv-215-SPM |

**NOTICE OF APPEAL**

Defendants JB Pritzker, Governor of the State of Illinois, Kwame Raoul, Attorney General of the State of Illinois, and Brendan Kelly, Director of the Illinois State Police, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Court's order and final judgment dated November 8, 2024, in this case (Doc. 86), as well as three related cases (*Barnett, et al. v. Raoul, et al.*, 3:23-cv-209 Doc. 259; *Harrel, et al. v. Raoul, et al.*, 3:23-cv-141 Doc. 55; *Langley, et al. v. Kelly, et al.*, 3:23-cv-192 Doc. 46). A notice of appeal has been filed in each of the four cases.

In this appeal, Defendants respectfully request that the Court of Appeals vacate the district court's injunction (Doc. 85 at 167-68), reverse the district court's order granting judgment to

plaintiffs (Doc. 86), and provide any other relief the Court deems appropriate.

Dated: November 8, 2024                                         Respectfully submitted,

                                                      KWAME RAOUL
*Attorney General of Illinois*

/s/      Christopher G. Wells
Christopher G. Wells, No. 6304265
Kathryn Hunt Muse, No. 6302614
Gretchen Helfrich, No. 630004
John T. Hazinski, No. 6329791
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3000
Christopher.wells@ilag.gov

*Counsel for Attorney General Raoul, Governor Pritzker, and ISP Director Kelly*

**CERTIFICATE OF SERVICE**

     I certify that on November 8, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                                      /s/ Christopher G. Wells