IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.,*<br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, *et al.,*<br>    Defendants. | Case No. 23-cv-00209-SPM (Lead Case) |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No. 23-cv-00141-SPM |
| JEREMY W. LANGLEY, *et al.,*<br>    Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY, *et al.,*<br>    Defendants. | Case No. 23-cv-00192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.,*<br>    Plaintiffs,<br><br>v.<br><br>JAY ROBERT "J.B." PRITZKER, *et al.,*<br>    Defendants. | Case No. 23-cv-00215-SPM |

## **PERMANENT INJUNCTION**

**McGLYNN, District Judge:**

Pursuant to Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure and *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), the Court **ORDERS** the following permanent injunctive relief.

**IT IS HEREBY ORDERED AND ADJUDGED** that the State of Illinois is **ENJOINED** from the enforcement of the Protect Illinois Communities Act, Ill. Pub. Act 102-1116 § 1 (codified at 720 ILL. COMP. STAT. 5/24-1.9–1.10), specifically from enforcement of the criminal penalties in accordance with 720 ILL. COMP. STAT. §§ 5/24-1(a)(14)–(16) (bump stocks and assault weapons); 5/24-1.9(a)–(h) (assault weapons and attachments); and 5/24-1.10(a)–(h) (large-capacity magazines) against all Illinois citizens. The State of Illinois is also **ENJOINED** from enforcing the firearm registration requirements and penalties associated with entering false information on the endorsement affidavit for non-exempt weapons, magazines, and attachments previously required to be registered in accordance with 430 ILL. COMP. STAT. 65/4.1.

In accordance with the Order issued on December 5, 2024 by the Court of Appeals for the Seventh Circuit (*see* Doc. 269), this injunction is stayed until the Seventh Circuit has issued its mandate.

**IT IS SO ORDERED.**

**DATED: December 9, 2024**

/s/ Stephen P. McGlynn
STEPHEN P. McGLYNN
U.S. District Judge
